| | |
|---|---|
| <u>DEFENDANT</u>: | CARLOS PANTOJA-CAMPOS,<br>a/k/a Carlos Pantoja-Hernandez,<br>a/k/a Jose Pantoja-Hernandez,<br>a/k/a Carlos Socorro-Socorro,<br>a/k/a Juan Socorro Pantoja-Hernandez,<br>a/k/a Jesus Hernandez |
| <u>AGE/YOB</u>: | 1973 |
| <u>COMPLAINT FILED?</u> | _____ Yes     \_\_\_x\_\_\_\_ No |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | \_\_ Yes   \_\_x\_ No |
| <u>OFFENSE(S)</u>: | 8 U.S.C. § 1326(a), (b)(1): Illegal Re-entry After Removal |
| <u>LOCATION OF OFFENSE</u>: | Adams County, Colorado |
| <u>PENALTY</u>: | Depending on the Court's determination of Defendant's criminal history:<br>• If the enhanced penalty does not apply, NMT 2 years imprisonment, NMT $250,000 fine or both; NMT 1 year supervised release; $100 Special Assessment fee.<br>• If the enhanced penalty under (b)(1) applies, NMT 10 years imprisonment; NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment fee. |
| <u>AGENT</u>: | Shawna Weir<br>Deportation Officer, DHS/ICE Enforcement & Removal |
| <u>AUTHORIZED BY</u>: | Albert Buchman<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

_x_ five days or less; \_\_\_ over five days

<u>THE GOVERNMENT</u>

_x_ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.