AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| CARLOS PANTOJA-CAMPOS,<br>a/k/a Carlos Pantoja-Hernandez,<br>a/k/a Jose Pantoja-Hernandez,<br>a/k/a Carlos Socorro-Socorro,<br>a/k/a Juan Socorro Pantoja-Hernandez,<br>a/k/a Jesus Hernandez | ) Case No.  22-cr-00317-DDD<br>)<br>)<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  CARLOS PANTOJA-CAMPOS, a/k/a Carlos Pantoja-Hernandez, a/k/a Jose Pantoja-Hernandez ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

(ALL VIOLATIONS)

Date:  10/06/2022

*Issuing officer's signature:* s/A. Thomas, Deputy Clerk

City and state:  Denver, Colorado

*Printed name and title:* Jeffrey P. Colwell, Clerk of Court

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*