IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-0317

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS PANTOJA-CAMPOS,
    a/k/a Carlos Pantoja-Hernandez,
    a/k/a Jose Pantoja-Hernandez,
    a/k/a Carlos Socorro-Socorro,
    a/k/a Juan Socorro Pantoja-Hernandez,
    a/k/a Jesus Hernandez,

    Defendant.

---

## NOTICE OF APPEARANCE

Jesse A. Glassman, of the Law Firm of Glassman & Faye, PC., hereby enters his appearance on behalf of Mr. Pantoja-Campos Solano as appointed counsel through the Criminal Justice Act.

    Respectfully Submitted,

    /s/ Jesse A. Glassman
    Jesse A. Glassman
    Attorney for Defendant
    Reg. #37787
    The Law Firm of Glassman & Faye
    427 W 13th Ave
    Denver, CO 80204
    Telephone: 720-345-8444
    Fax: 303-265-9481
    Email: Jesse@GlassmanFaye.com

CERTIFICATE OF SERVICE

      I hereby certify that on October 13, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Al Buchman, AUSA – Al.Buchman@usdoj.gov@usdoj.gov

                                                 /s/ Jesse A. Glassman
                                                 Jesse A. Glassman
                                                 Attorney for Defendant