AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| CARLOS PANTOJA-CAMPOS, a/k/a Carlos Pantoja-Hernandez, a/k/a Jose Pantoja-Hernandez, a/k/a Carlos Socorro-Socorro, a/k/a Juan Socorro Pantoja-Hernandez, a/k/a Jesus Hernandez | ) Case No. 22-cr-00317-DDD ) ) ) ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* <u>CARLOS PANTOJA-CAMPOS, a/k/a Carlos Pantoja-Hernandez, a/k/a Jose Pantoja-Hernandez</u>,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

(ALL VIOLATIONS)

Date: 10/06/2022

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/11/2022, and the person was arrested on *(date)* 10/12/2022
at *(city and state)* Centennial, Colorado.

Date: 10/12/2022

[signature] B. Talbot
*Arresting officer's signature*

B. TALBOT   DEPORTATION OFFICER 6477
*Printed name and title*