IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-0317

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CARLOS PANTOJA-CAMPOS,

      Defendant.

---

## NOTICE OF DISPOSITION

---

      Defendant, Mr. Pantoja-Campos, by and through appointed counsel, Jesse A. Glassman, hereby notifies this Honorable Court that a disposition has been reached in this case with the Government.  The parties are requesting permission to schedule a change of plea hearing.

                                                    Respectfully Submitted,

                                                /s/ Jesse A. Glassman
                                                Jesse A. Glassman
Attorney for Defendant
Reg. #37787
The Law Firm of Glassman & Faye
427 W 13th Ave
Denver, CO 80204
Telephone: 720-345-8444
Fax: 303-265-9481
Email: Jesse@GlassmanFaye.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 27, 2022, I electronically filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Al Buchman, AUSA – Al.Buchman@usdoj.gov@usdoj.gov

/s/ Jesse A. Glassman
Jesse A. Glassman
Attorney for Defendant