# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00317-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS PANTOJA-CAMPOS,
    a/k/a Carlos Pantoja-Hernandez,
    a/k/a Jose Pantoja-Hernandez,
    a/k/a Carlos Socorro-Socorro,
    a/k/a Juan Socorro Pantoja-Hernandez,
    a/k/a Jesus Hernandez,

    Defendant.

## MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO USSG § 3E1.1(b)

The United States, through the undersigned Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).

\\

\\

\\

The defendant's agreement to plead guilty and timely notice permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

Dated: January 23, 2023

                                      Respectfully submitted,

                                      COLE FINEGAN
                                      United States Attorney

By:   *s/ Albert Buchman*
       Albert Buchman
       Assistant United States Attorney
       1801 California St., Suite 1600
       Denver, Colorado 80202
       Phone:   (303) 454-0203
       Fax:   (303) 454-0405
       E-mail: al.buchman@usdoj.gov
       Attorney for the United States

## CERTIFICATE OF TYPE-VOLUME LIMITATION

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*s/Albert Buchman*
Albert Buchman

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office
