IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00317-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS PANTOJA-CAMPOS,
    a/k/a Carlos Pantoja-Hernandez,
    a/k/a Jose Pantoja-Hernandez,
    a/k/a Carlos Socorro-Socorro,
    a/k/a Juan Socorro Pantoja-Hernandez,
    a/k/a Jesus Hernandez,

    Defendant.

## MOTION TO WITHDRAW ECF 25

The United States of America, by and through Assistant United States Attorney Albert Buchman, respectfully moves for an order withdrawing ECF No. 25 from the docket. The motion was filed in error.

Dated this 23rd day of January, 2023.

                Respectfully submitted,

    By:   *s Albert Buchman*
         Albert Buchman
         Assistant U.S. Attorney
         United States Attorney's Office
         1801 California St., Suite 1600
         Denver, Colorado   80202
         Phone: (303)   454-0100
         E-mail: al.buchman@usdoj.gov
         Attorney for the Government

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2023, I electronically filed the foregoing **UNITED STATES' MOTION TO WITHDRAW ECF 25** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defense counsel.

*s/Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office
