IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00317-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS PANTOJA-CAMPOS,
    a/k/a Carlos Pantoja-Hernandez,
    a/k/a Jose Pantoja-Hernandez,
    a/k/a Carlos Socorro-Socorro,
    a/k/a Juan Socorro Pantoja-Hernandez,
    a/k/a Jesus Hernandez,

    Defendant.

## MOTION FOR A ONE-LEVEL DOWNWARD DEPARTURE

The United States of America, by and through the undersigned United States Attorney and Assistant United States Attorney, moves for a one-level downward departure pursuant to Section 5K3.1 of the United States Sentencing Guidelines authorizing early disposition programs.

\\

\\

\\

The defendant qualifies for this one-level downward departure under this District's "Fast-Track" policy, and this motion was specifically contemplated in section (I)(C) of the plea agreement entered to resolve this matter, ECF 20.

Respectfully submitted January 23, 2023.

                COLE FINEGAN
                United States Attorney

By:   *s/Albert Buchman*
      Albert Buchman
      Assistant U.S. Attorney
      United States Attorney's Office
      1801 California St., Suite 1600
      Denver, Colorado   80202
      Phone:  (303)   454-0100
      Fax: (303) 454-0403
      E-mail: al.buchman@usdoj.gov
      Attorney for the Government

## CERTIFICATE OF TYPE-VOLUME LIMITATION

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*s/Albert Buchman*
Albert Buchman

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office
